CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__    Erie _____    Johnstown _____    15-56

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
- 1. _____ Narcotics and Other Controlled Substances
- 1a. _____ Narcotics and Other Controlled Substances (3 or more Defendants)
- 2. _____ Fraud and Property Offenses
- 2a. _____ Fraud and Property Offenses (3 or more Defendants)
- 3. __X__ Crimes of Violence
- 4. _____ Sex Offenses
- 5. _____ Firearms and Explosives
- 6. _____ Immigration
- 7. _____ All Others

Defendant's name:  Christopher Wallace

Is Indictment waived:   ____ yes   __X__ no

Pretrial Diversion:   ____ yes   __X__ no

Juvenile proceeding:   ____ yes   __X__ no

Defendant is:   __X__ Male   ____ Female

Superseding Indictment or Information:   ____ yes   __X__ no

  Previous case number: _____

If superseding, previous case was/will be:

  ____ Dismissed on defendant's motion
  ____ Dismissed on government's motion
  ____ After appellate action
  ____ Other (explain)

County in which first offense cited occurred:  Allegheny County

Previous proceedings before Magistrate Judge: _____

  Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began: _____

Defendant:                        __X__ is in custody  _____ is not in custody

Name of Institution:              Allegheny County Jail

Custody is on:                    _____ this charge  __X__ another charge

                                  _____ another conviction

                                  __X__ State  _____ Federal

Detainer filed:                   _____ yes  __X__ no

Date detainer filed:              _____

Total defendants:                 1

Total counts:                     4

Data below applies to
defendant No.:                    1

Defendant's name:                 Christopher Wallace

## SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 & 3 | 18 U.S.C. § 2113(a) | Bank Robbery | X | |
| 2 & 4 | 18 U.S.C. § 2113(d) | Armed Bank Robbery | X | |

## FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: ___MAR 0 3 2015___

CINDY K. CHUNG
Assistant U.S. Attorney
PA ID No. 317227