IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 15-56 |
| | ) | |
| v. | ) | Criminal No. |
| | ) | |
| CHRISTOPHER WALLACE | ) | |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Cindy K. Chung, Assistant United States Attorney for said district, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant CHRISTOPHER WALLACE, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with: Bank Robbery, in violation of Title 18, United States Code, Section 2113(a) (Counts One and Three); and Armed Bank Robbery, in violation of Title 18, United States Code, Section 2113(d) (Counts Two and Four).

Recommended bond: Detention.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: _____
CINDY K. CHUNG
Assistant U.S. Attorney
PA ID No. 317227