IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-56 |
| | ) | |
| CHRISTOPHER WALLACE | ) | |

DEFENDANT'S CONSENT TO THE COURT'S INSPECTION
OF A PRESENTENCE REPORT PRIOR TO A PLEA OF GUILTY,
NOLO CONTENDERE OR FINDING OF GUILT

I, Christopher Wallace, hereby consent to review of my Presentence Report by a Judge at any time, including the time prior to entry of a plea of guilty or nolo contendere or a finding of guilt.

I have read, or had read to me, the foregoing consent and fully understand it. No promise has been made to me as to what the final disposition of my case will be.

Dated this _22nd_ day of _June_, 20_16_.

_____
Christopher Wallace
Defendant

_____
W. Penn Hackney
Assistant Federal Public Defender
Counsel for Defendant

o:\district.crt\consent.psr

**EXHIBIT A**