IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-56 |
| | ) | |
| CHRISTOPHER WALLACE | ) | |

## JOINT STATUS REPORT

AND NOW, come the parties, Christopher Wallace by his attorney, W. Penn Hackney, Assistant Federal Public Defender, and the United States of America, by its attorney, Cindy K. Chung, Assistant United States Attorney, and provide the Court with the following status report on the sentencing in the above-captioned case.

It is anticipated that the sentencing will proceed as scheduled. It is anticipated that the defense will call three witnesses: Dr. James D. Luketich, Jamie Foster, and Richard Garland, in addition to Mr. Wallace's allocution, and that the totality of the testimony will take approximately one hour. It is anticipated that the government will call no witnesses. Defense counsel is seeking additional records in support of his Memorandum in Mitigation of Sentence, and he will provide them to the Court and the government as soon as they are received. The records referred to in the Memorandum in Mitigation of Sentence are available inspection by the Court and the government, but they are voluminous and counsel would prefer not to file them in their entirety.

Respectfully submitted,

s/ W. Penn Hackney                    s/ Cindy Chung
W. Penn Hackney, Assistant         Cindy K. Chung
Federal Public Defender            Asst. United States Attorney
Pa. Attorney ID No. 29671          Pa. Attorney ID No. 317227